UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID ALHAAQ,<br><br>　　　　Defendant. | No. 2:17-CR-00236-MCE<br><br>**ORDER** |

The Court is in receipt of the letter submitted by Warden Milusnic (ECF No. 46) seeking additional time in which to examine Defendant pursuant to 18 U.S.C. § 4241. That request is GRANTED, and Warden Milusnic is directed to deliver the report to the Court not later than November 30, 2018.

IT IS SO ORDERED.

Dated: November 8, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1