HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
DAVID ALHAQQ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:17-CR-0236-MCE-1 |
| ) | |
| Plaintiff, ) | **ORDER TO SEAL MR. DAVID ALHAQQ'S** |
| ) | **MEDICAL RECORDS -EXHIBIT A** |
| vs. ) | |
| ) | |
| DAVID ALHAQQ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY ORDERED that the Request to Seal Exhibit A - Mr. David Alhaqq's Medical Records be granted so that the medical information is not available on the public docket. The records are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated: July 9, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE