UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ALHAQQ,<br><br>Defendant. | No. 2:17-CR-00236-MCE<br><br><br><br>**ORDER** |

Defendant David Alhaqq ("Defendant") pled guilty to Distributing 28 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine Base in violation of 21 U.S.C. § 841(a)(1). He was sentenced on May 9, 2019, to sixty (60) months of imprisonment. Presently before the Court is Defendant's Motion to Vacate and/or Reduce Sentence. ECF Nos. 90, 93. The Government opposes Defendant's request. ECF No. 97.

///

///

///

///

///

///

Having reviewed the record in its entirety, and being extremely familiar with this Defendant and the facts of his case, that Motion is GRANTED. Defendant's sentence is hereby reduced to time served.

There being a verified residence and an appropriate release plan in place, this order is stayed for up to fourteen days to make appropriate travel arrangements and to ensure the defendant's safe release. The defendant shall be released as soon as appropriate travel arrangements are made and it is safe for the defendant to travel. There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the defendant's safe release, then the parties shall immediately notify the court and show cause why the stay should be extended.

The Clerk's Office is directed to serve a copy of this Order on the US Marshal Service for the Defendant's release.

IT IS SO ORDERED.

Dated: August 3, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE